NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IAN BUNNETT,                               )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No. 2D17-3435
                                           )
YOCHI MELNICK,                             )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Collier
County; Geoffrey H. Gentile, Judge.

Cary A. Cliff of Cary Alan Cliff, P.A.,
Naples, for Appellant.

Brian M. Silverio of Silverio & Hall,
P.A., Naples, for Appellee.


PER CURIAM.

            Affirmed.


MORRIS, BLACK, and SALARIO, JJ., Concur.